Larry Dale **MOISER, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 56019.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 19, 1989.

Felicia Jones, Asst. Public Defender, Clayton, for appellant.

William L. Webster, Atty. Gen., Daryl R. Hylton, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals the denial of his Rule 29.15 motion without an evidentiary hear-

ing. We affirm the motion court's order as movant has failed to show that the findings, conclusions and judgment were clearly erroneous. Rule 29.25(j). Because it would serve no precedential purpose, we affirm the order without written opinion under Rule 84.16(b).